CAROLINE D. CIRAOLO
Acting Assistant Attorney General

HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:	(202) 307-6481
Facsimile:	(202) 307-0054
E-mail:	henry.c.darmstadter@usdoj.gov

Of Counsel
BENJAMIN B. WAGNER
United States Attorney
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY L. PHILLIPS, | Civil No. 2:14-MC-00138-KJM-AC |
| Petitioner, | |
| | Civil No. 2:14-MC-00139-KJM-AC |
| v. | |
| | Civil No. 2:14-MC-00140-KJM-AC |
| UNITED STATES OF AMERICA, | Civil No. 2:14-MC-00149-KJM-AC |
| Respondent. | STIPULATION FOR DISMISSAL |
| | Fed.R.Civ.P. 41(a) |

   IT IS HEREBY  STIPULATED AND AGREED  between Petitioner Jeffery L. Phillips and Respondent United States of America, by and through undersigned counsel, in light of the information provided by the summoned parties, the United States deems the summonses in compliance.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, that the four above-captioned Petitions to Quash Internal Revenue Service Summonses shall be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of litigation.

///

Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

DATED: July 28, 2015              /s/Henry C. Darmstadter
HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-6484

Of Counsel
BENJAMIN B. WAGNER
United States Attorney
Attorneys for the United States


WAGNER KIRKMAN
BLAINE KLOMPARENS &
YOUMANS

DATED: July 28, 2015              /s/Irina Rospotnyuk
IRINA ROSPOTNYUK
10640 Mather Blvd., Suite 200
Mather, California 95655
(916) 920-5286
Attorneys for Petitioner

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the four above-captioned Petitions to Quash Internal Revenue Service Summonses shall be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of litigation.

DATED:  July 28, 2015.

                              /S/
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE